UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RUBEN MCGURK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:24-cv-01260-SB-JDE<br><br>ORDER OF DISMISSAL |

    Plaintiff Hector Ruben McGurk filed this action on June 13, 2024, bringing claims against the United States under the Federal Tort Claims Act.  Dkt. No. 1.[1]  After Plaintiff failed to serve Defendant within 90 days of filing his complaint, the Court ordered him to show cause why the action should not be dismissed for lack of prosecution.  Dkt. No. 18.

    Plaintiff filed two responses to the order to show cause (OSC), stating that he sent his complaint by certified mail to: (1) the Solicitor General of the United States at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530; (2) Eliezer Ben-Shmuel of the Metropolitan Detention Center (MDC) at 353 N. Alameda Street, Los Angeles, California 90012; and (3) the Federal Bureau of Prisons (BOP) at 7336 Shoreline Dr., Stockton, California 95219.  Dkt. Nos. 19–20.  This service does not comply with Rule 4, which plainly states the requirements for serving the United States.  Fed. R. Civ. P. 4(i) (requiring delivery of the summons and complaint to the U.S. Attorney's Office in the district where the action is brought and sending a copy by registered or certified mail to the U.S. Attorney General in Washington, D.C.).

---

[1] In later filings, Plaintiff includes both the United States and the Federal Bureau of Prisons (BOP) as defendants.  *See, e.g.*, Dkt. No. 22.

1

Rather than dismiss the action, the Court sua sponte extended the time for service, pointing out that Plaintiff had not properly served the government as required under Rule 4(i). Dkt. No. 21 ("Plaintiff's service does not appear to comply with Fed. R. Civ. P. 4(i)."). In response, Plaintiff has made no effort to properly serve the government. Instead, he continues to rely on his deficient proof of service. Dkt. No. 22 (noting that he served the U.S. Solicitor General, Eliezer Ben-Shmuel of the MDC, and the BOP).

Dismissal is warranted at this point. *See* Fed. R. Civ. P. 4(m). Plaintiff filed this complaint on June 13, 2024—almost seven months ago—and failed to properly serve the government. Despite being advised that he had to comply with the service requirements of Rule 4(i), and despite being given an extension to do so even though he had not shown good cause to extend the 90-day service period, Plaintiff still has not served the government as required. Plaintiff was also advised that his failure to properly serve by December 13, 2024 would result in dismissal of the action for failure to prosecute. Dkt. No. 21.

Accordingly, the Court dismisses Plaintiff's action for lack of prosecution. The dismissal is without prejudice.

A final judgment will be entered separately.

Date: January 9, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge