# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RUBEN MCGURK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:24-cv-01260-SB-JDE<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff Hector Ruben McGurk's claims are dismissed without prejudice.

    This is a final judgment.

Date: January 9, 2025

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge